SOUTHERN RAILWAY CO. ET AL. *v.* UNITED
STATES ET AL.

No. 579.  Decided January 13, 1958.

*Henry L. Walker, Arthur J. Dixon, James A. Bistline*
and *R. Granville Curry* for appellants.

*John W. Adams, Jr., Charles P. Reynolds, R. B. Clay-*
*tor, Martin A. Meyer, Jr.* and *Walter C. Scott, Jr.* for the
Atlanta & St. Andrews Bay Railway Co. et al., and
*John S. Burchmore* and *Robert N. Burchmore* for Cramet
Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is
affirmed.